■ ACKERMAN MECHANICAL SERVICES, INC., Appellant, v MICHAEL K. HAYES, Respondent. (Appeal No. 1.) [821 NYS2d 520]— Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered May 10, 2005. The order, among other things, directed plaintiff to provide defendant with certain records kept by plaintiff pursuant to Lien Law § 75.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.